1   MAYER BROWN LLP
    JOHN NADOLENCO (SBN 181128)
2     *jnadolenco@mayerbrown.com*
    NEIL M. SOLTMAN (SBN 67617)
3     *nsoltman@mayerbrown.com*
    MATTHEW H. MARMOLEJO (SBN 242964)
4     *mmarmolejo@mayerbrown.com*
    ANDREW Z. EDELSTEIN (SBN 218023)
5     *aedelstein@mayerbrown.com*
    350 South Grand Avenue, 25th Floor
6   Los Angeles, CA  90071-1503
    Telephone: (213) 229-9500
7   Facsimile:  (213) 625-0248

8   HERZFELD & RUBIN, P.C.
    JEFFREY L. CHASE (*pro hac vice* to be submitted)
9     *JChase@herzfeld-rubin.com*
    MICHAEL B. GALLUB (*pro hac vice* to be submitted)
10    *MGallub@herzfeld-rubin.com*
    MARK A. WEISSMAN (*pro hac vice* to be submitted)
11    *MWeissman@herzfeld-rubin.com*
    125 Broad Street
12  New York, NY 10004
    Telephone: (212) 471-8500
13  Facsimile:  (212) 344-3333

14  Attorneys for Defendant
    Volkswagen Group of America, Inc.

15              **UNITED STATES DISTRICT COURT**

16           **NORTHERN DISTRICT OF CALIFORNIA**

17  DAVID FIOL, on behalf of himself and all others      Case No. 4:15-cv-4278-PJH
    similarly situated,
18                                                       **STIPULATION TO EXTEND TIME**
                        Plaintiff,                       **TO RESPOND TO THE**
19                                                       **COMPLAINT**
            v.
20                                                       Judge:  Phyllis J. Hamilton
    VOLKSWAGEN GROUP OF AMERICA, INC., a
    New Jersey Corporation,
21                                                       Complaint Filed:  September 18, 2015
                        Defendant.
22

23

24

25

26

27

28

1    Plaintiffs and Defendant Volkswagen Group of America, Inc. ("VWGoA"), by and

2 through their respective counsel of record, hereby stipulate and agree as follows:

3    WHEREAS, Plaintiffs filed their putative class action Complaint in this Court on or

4 about September 18, 2015;

5    WHEREAS, Plaintiffs served VWGoA on September 28, 2015 (ECF No. 17), and absent

6 an extension, VWGoA's responsive pleading would be due on October 19, 2015;

7    WHEREAS, Plaintiffs have agreed to extend the time in which VWGoA can answer or

8 otherwise respond to the Complaint by an additional 60 days, through and including December

9 18, 2015;

10    WHEREAS, pursuant to Local Rule 6-1, parties may stipulate to extend the time within

11 which to answer or otherwise respond to the complaint without court order provided the change

12 will not alter the date of any event or any deadline already fixed by court order; and

13    WHEREAS, the requested extension will not alter the date for any event or deadline

14 already fixed by Court order.

15    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,

16 through their respective counsel of record, that VWGoA shall have until and including December

17 18, 2015 to answer or otherwise respond to the Complaint.

18    Pursuant to General Order No. 45, I, John Nadolenco, attest that I obtained concurrence

19 in the filing of this document from the signatories.

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

1    **IT IS SO STIPULATED.**

2    Dated:  October 16, 2015                 MAYER BROWN LLP
3                                             NEIL M. SOLTMAN
                                              JOHN NADOLENCO
4                                             MATTHEW H. MARMOLEJO
                                              ANDREW Z. EDELSTEIN
5
                                              HERZFELD & RUBIN, P.C.
6                                             JEFFREY L. CHASE
                                              MICHAEL B. GALLUB
7                                             MARK A. WEISSMAN

8

9
                                              By:  _s/ Matthew H. Marmolejo_____
10                                                     Matthew H. Marmolejo
                                              Attorneys for Defendant
11                                            Volkswagen Group of America, Inc.

12   Dated:  October 16, 2015                 HAGENS BERMAN SOBOL SHAPIRO LLP
13                                            STEVE W. BERMAN
                                              THOMAS E. LOESER
14                                            JEFF D. FRIEDMAN

15                                            LAW OFFICE OF PETER FREDMAN
                                              PETER B. FREDMAN
16

17
                                              By:  _s/ Thomas E. Loeser_____
18                                                     Thomas E. Loeser
                                              Attorneys for Plaintiff
19                                            David Fiol

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT; CASE NO. 4:15-CV-4278-PJH
718086415